IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF ILLINOIS

AT PEORIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Criminal No. 11 - 10011 |
| | ) |
| MARK SWANK, | ) VIO: Title 18, United States Code, Sections |
| | ) 1957 and 152 |
| | ) |
| Defendant. | ) |

## INFORMATION

THE UNITED STATES ATTORNEY CHARGES:

### COUNT 1
(Prohibited Monetary Transaction)

Introduction

At all times material hereto:

1. MARK SWANK was the president of certain corporations in central Illinois, including Alternatech, Art & Print, Associated Mechanical, Inc. (AMI) and T.A. Brinkoetter & Sons (TAB).

2. In January 2008, SWANK obtained a $1 million loan from Soy Capital Bank & Trust (Soy Capital) to acquire 100% of the outstanding stock of TAB.

-1-

Also at that time, SWANK obtained a $1.6 million line of credit at Soy Capital. As president of TAB, SWANK signed a security agreement which pledged all of TAB's assets, including equipment, to Soy Capital as collateral for the two loans.

3. On or about September 23, 2008, SWANK entered into a Bill of Sale with Citizen's State Bank of Cropsey (Cropsey) whereby SWANK sold the equipment encumbered to Soy Capital to Cropsey for $660,000.00. SWANK then entered into an agreement to lease the encumbered equipment back from Cropsey.

4. SWANK represented to Cropsey in the Bill of Sale that the equipment was not encumbered by any liens, whereas, in truth and fact, as SWANK well knew, Soy Capital had a lien on the equipment.

5. Associated Bank (Associated), Cropsey, Morton Community Bank (Morton Community), and Soy Capital were financial institutions whose deposits were insured by the Federal Deposit Insurance Corporation (FDIC).

### Monetary Transaction

6. On or about October 20, 2008, at Morton, in the Central District of Illinois, and elsewhere,

**MARK SWANK,**

defendant herein, did knowingly engage and attempt to engage in a monetary transaction by, through, and to a financial institution affecting interstate

commerce, in criminally derived property that was of a value greater than $10,000, that is the transfer of United States currency, funds, and monetary instruments in the amount of $100,000 by transfer and deposit of funds by check number 84999 from the AMI account at Morton Community Bank to the AMI account at Associated Bank, a financial institution, such property having been derived from a specified unlawful activity, that is bank fraud, in violation of Title 18, United States Code, Section 1344, said statute being specified in Title 18, United States Code, Section 1961(1);

In violation of Title 18, United States Code, Section 1957(a).

## COUNT 2
### (Bankruptcy Fraud)

### Introduction

1. On or about May 17, 2010, MARK SWANK and another filed a petition in bankruptcy under Chapter 7. As part of the process, SWANK was required to file, under penalty of perjury, a Statement of Financial Affairs and accompanying Schedules, including Schedule B which requires a debtor to list all personal property.

2. SWANK was required to disclose on Schedule B the amount of cash on hand. On that schedule, SWANK stated that he possessed not more than $5,000 cash on hand.

3. On or about July 7, 2010, at Peoria, in the Central District of Illinois, and elsewhere,

**MARK SWANK,**

defendant herein, knowingly and fraudulently made a false statement under penalty of perjury in relation to, and material to, a case under Title 11, United States Code, commonly referred to as the Bankruptcy Code, that being his testimony at the §341 Meeting of Creditors that the Bankruptcy Petition and Schedules were accurate. In truth and fact, as the defendant well knew, he possessed approximately $92,200.00 in cash which he had failed to disclose on the Schedule B and otherwise in the bankruptcy proceedings;

In violation of Title 18, United States Code, Section 152 (3).

UNITED STATES OF AMERICA

JAMES A. LEWIS
*UNITED STATES ATTORNEY*

---

Darilynn J. Knauss
Supervisory Assistant United
  States Attorney
One Technology Plaza
211 Fulton Street, Suite 400
Peoria, IL 61602