IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Criminal Case No. 1:11-cr-10011 |
| ) | |
| MARK SWANK, ) | |
| ) | |
| Defendant. ) | |

MOTION TO AMEND CONDITIONS OF BOND

Now comes the Defendant herein, MARK SWANK, by and through his Attorney, THOMAS J. PENN, JR., moving for an order amending conditions of pretrial release re the above-captioned matter, and in support of said motion, said Defendant states as follows:

1. A condition of Defendant's pretrial release was that he surrender his passport to the authorities.

2. Said Defendant does have passport rights pursuant to a validly issued passport but said Defendant has no idea as to the whereabouts of said passport, and thus cannot produce what he does not have.  Defendant's Affidavit confirming that said passport is lost is attached hereto and by reference made a part hereof.  This issue has been discussed at length with Assistant United States Attorney Darilynn Knauss who has no objection to Defendant's Motion To Amend Conditions of pretrial release by eliminating the provision that said passport be surrendered.

3. Said Defendant will, in the event said passport is located, immediately deliver same to the federal authorities.

WHEREFORE,  Defendant respectfully prays for an order amending his conditions of pretrial release per the above.

MARK SWANK, Defendant


BY:     s/Thomas J. Penn, Jr.
        THOMAS J. PENN, JR.
        His Attorney

THOMAS J. PENN, JR.
Attorney for Defendant
416 Main Street, Suite 300
Peoria, IL 61602
Telephone: (309) 674-9332

**PROOF OF SERVICE**

      I hereby certify on May 3, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Darilynn Knauss, Assistant United States Attorney's Office


          /s/ Thomas J. Penn, Jr.


THOMAS J. PENN, JR.
Attorney for Defendant
416 Main St., Suite 300
Peoria, IL 61602
Telephone: (309) 674-9332
email: timpenn@sbcglobal.net