```
           IN THE UNITED STATES DISTRICT COURT
         FOR THE CENTRAL DISTRICT OF ILLINOIS
                     PEORIA DIVISION
```

UNITED STATES OF AMERICA,         )
                                  )
       Plaintiff,         )
                                  )
  vs.                             ) Case No.  1:11-cr-10011
                                  )
MARK SWANK,                       )
                                  )
       Defendant.         )

## AFFIDAVIT

STATE OF ILLINOIS     )
                      ) ss.
COUNTY OF PEORIA      )

    MARK SWANK, being first duly sworn upon his oath, states as follows:

    1.  That he is the Defendant in case captioned United States Of America vs. Mark Swank, Case No. 11-100.

    2.  That he is currently on pretrial release pending his sentencing hearing of July 28, 2011 at 10:00 A.M.

    3.  A condition of his pretrial release is that he surrender his passport to the federal authorities; said Defendant has, for several months, made a diligent search for such passport but such has not been found.

    4.  Said Defendant believes that it is a possibility that when the federal authorities executed a search warrant at his residence that the same may have been contained in boxes that were removed from said residence by said authorities.

    5.  In any event said Defendant does not possess a passport such that he can produce same.

    6.  Said Defendant will, in the event said passport is located, immediately surrender the same to said federal authorities.

FURTHER AFFIANT SAYETH NOT.

_____
MARK SWANK

SUBSCRIBED AND SWORN to before me this 3rd day of May, 2011.

_____
Notary Public

