IN THE UNITED STATES DISTRICT COURT

for

CENTRAL DISTRICT OF ILLINOIS - PEORIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 11-10011-001 |
| | ) | |
| MARK SWANK | ) | |

### O R D E R

Pursuant to agreement among all parties, the following condition of release is deleted:

8(g)   The defendant must surrender any passport to: U.S. Clerk's Office, Room 309, 100 NE Monroe St., Peoria, IL.

All other conditions of release remain in full force and effect.

Entered this _____31_____ day of _MAY_ , 20_11_.

s/James E. Shadid

_____
HONORABLE JAMES E. SHADID
U.S. District Judge

PMH/js